# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KAREN HURLESS,

    Plaintiff,

CASE NO.: 6:16-CV-00390-GKS-TBS

v.

EXETER FINANCE CORP.,

    Defendant.

_____/

## AGREED ORDER DISMISSING CASE

Pursuant to agreement of the Parties, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Plaintiff will advance the claims asserted in this lawsuit as provided for in the governing Arbitration Agreement.

2. This case is dismissed, with each party to bear their own fees and costs.

DONE and ORDERED this _11_ day of 2016.

_____
UNITED STATES DISTRICT JUDGE

27045314 v1